**Order filed November 21, 2019**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-19-00576-CV

———————

**THOMAS W. STRONG-GRIBBLE, Appellant**

**V.**

**LATIF AND COMPANY LLC, Appellee**

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1134118**

## ORDER

This appeal is from a final judgment signed on July 16, 2019 in an eviction proceeding. Appellant filed a notice of appeal July 22, 2019. Appellant filed a statement of inability to afford payment of court costs in the trial court. "A party who files a Statement of Inability to Afford Payment of Court Costs cannot be required to pay costs except by order of the court as provided by this rule." *See*

Tex. R. Civ. P. 145(a). Appellant has not been ordered to pay costs pursuant to Rule 145.

The official court reporter for the County Civil Court at Law No. 3 is directed to file the reporter's record **within 30 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Zimmerer, Spain, and Hassan.